| DATE | NOTE / RECORD | TIME |
|---|---|---|
|  | Client Intake review docs and fact history assess claims and consult client | 2.5 |
| 1/22/2007 | Phones client re emotional damages/issues prep file | 0.5 |
| 1/25/2007 | Draft complaint & docs | 2.5 |
|  | R & R addl documents from client | 0.2 |
|  | Phone call to client re updates | 0.4 |
|  | Forward draft complaint to client for review and confirmation | 0.1 |
| 1/29/2007 | Forward Complaint and Summons for service and filing/ Review DCS corp status and suit history | 0.6 |
| 2/15/2007 | R&R msg from Betsy Franklin (BF)(in-house counsel DCS) says she knows my name and who I am- (Threatening Tone) | 0.1 |
|  | R&R fax Betsy Frankin in re review case/denies allegations- asserts that notes and collector will substantiate the facts- | 0.2 |
| 2/21/2007 | E-corr BF in re fax merits/wage garnishment issue/ext ans | 0.4 |
|  | Phones BF in re merits/possible ext Ans | 0.6 |
|  | R&R fax Winston requesting Extension Answer to retain cleint DCS | 0.1 |
| 2/26/2007 | Phones and e-corr to BF in re Personal Credit Report by DCS, multiple reportings AJG default on perosal loans. Advised that Winston is handling case. | 0.2 |
|  | Phones Winston- agree to extend Answer/ requests immediate correction to AJG credit report by DCS (reports show DCS placed 4 adverse reprotings on Goldstein credit file on 2/10 and 2/25- appears to be flagrant and personal attack on Counsel. Winston says it must be a mistake and i "must have my dates wrong". Warn of civil and criminal sanctions. | 1.2 |
|  | E-corr to Jay Winston in re personal credit damage by DCS unlawful civil and criminal conduct by DCS to attack on Plaintiff Attorney credit report. | 0.6 |
| 3/21/2007 | R&R Notice of Appearance Jay Winston via ECF | 0.1 |
| 3/22/2007 | Phones JW | 0.1 |
| 4/6/2007 | R&R letter Jay Winston detailed denials, Rule 7.1 Corp Disc and Proposed Answer with Counterclaims: Defendant denies all facts, threatens counterclaims for bad faith litigation. Offer to settle: reimburse court costs for mutual dismissal valid until April 9 Only(1 business day to respond) | 2.8 |
|  | R&R ECF bounce in re D Disc | 0.1 |
|  | Phones client updates | 0.6 |
|  | Phones Jay Winston (JW) | 0.2 |
| 4/8/2007 | Phones JWinston in re unreasonable assertions/requests reasonable settlement offer and withdraw counterclaims- Non-responsive. | 0.6 |
| 4/13/2007 | Review Answer | 1.0 |
|  | Phones JW | 0.7 |
|  | Phones client | 0.4 |
| 5/10/2007 | Phones JW msg in re Rule 26 requesting phone conf | 0.1 |
|  | E-corr JW in re meet/confer Rule 26 request phone conf | 0.1 |
| 5/11/2007 | R&R e-corr JW in re Rule 26 conf -unavailable | 0.1 |
| 5/14/2007 | E-corr JW requesting phone conf 26 | 0.1 |
| 5/15/2007 | Phones JW in re Rule 26 meet/confer schedule discussion/request withdrawl counterclaims inappropriate | 0.7 |
| 5/16/2007 | Prepare Initial Disclosures/organize docs | 0.6 |
| 5/18/2007 | Research issues/caselaw in re Leave to Dismiss Counterclaim | 2.5 |
| 5/18/2007 | Draft Letter Court requesting leave to dismiss counterclaim | 0.8 |
| 5/25/2007 | R&R Def Response & Exhibits (D request for 12b6 motion) | 2.2 |
|  | Phone call to Def JW requesting settlement possibilites and avoid motions practice | 0.6 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
|  | Phones client | 0.2 |
| 5/29/2007 | Phones client | 0.1 |
| 6/4/2007 | Phones client | 0.4 |
| 6/8/2007 | Letter Court reply in re dismiss counterclaim/oppose D motion 12b6 | 0.6 |
| 6/12/2007 | R&R D nitial 26a Disclosures | 1.5 |
| 6/13/2007 | Review Defendant's Letter Response to Plaintiffs Reply to dismiss counterclaim and oppose Defendants motion to dismiss purs 12b6 /exhibits | 1.2 |
|  | Phones client | 0.1 |
|  | Phone call to Def | 0.3 |
| 6/20/2007 | R&R ECF in re Hearing | 0.1 |
|  | Phones JW in re consent to telephonic app no resp | 0.1 |
| 6/28/2007 | Draft Letter Ct Request telephone conference | 0.3 |
| 6/28/2007 | Review Defendant's response | 0.4 |
|  | Phone call to Def- JW non cooperational | 0.4 |
| 6/29/2007 | Review Court Order re briefing schedule | 0.1 |
| 7/5/2007 | Prepare Initial Scheduling Order Questionnaire | 0.6 |
|  | Phones JW in re Requesting disclosures | 0.3 |
| 7/6/2007 | Served Plaintiff's Initial Disclosures | 1.0 |
|  | Research and prepare outline for Plaintiff's Motion to Strike Counterclaim | 3.0 |
| 7/9/2007 | Review Defendant's letter re briefing schedule | 0.3 |
|  | Phones Def in re modify and revise schedule | 0.3 |
| 7/20/2007 | R&R ECF schedule order | 0.1 |
| 8/14/2007 | Final Prepare Draft and Serve Plaintiff's Notice of Motion to Dismiss Def Counterclaim/Serve upon Def | 5.5 |
| 8/15/2007 | R&R Defendant's Motion to Dismiss | 4.5 |
|  | Phone call to JW | 0.3 |
|  | E-corr JW | 0.1 |
|  | Updates to client | 0.4 |
| 8/16/2007 | R&R Ecf bounce in re Def impoper filing of motion | 0.1 |
| 9/7/2007 | Research Outline and Prepare and Draft Plaintiff's Memo in Opp to Def Motion to Dismiss | 9.5 |
| 9/20/2007 | R&R Defendant's Letter Motion to Continue | 0.3 |
|  | Phones JW | 0.4 |
|  | Updates to client | 0.3 |
| 9/24/2007 | Prepare and Draft Plaintiff's response to Defendant's Letter Requesting Continuation of Motion | 0.3 |
| 9/24/2007 | Review Court Order re Motion to Continue | 0.1 |
| 10/3/2007 | E-corr client | 0.2 |
| 10/10/2007 | Research Draft and Revise Plaintiff's Opposition to Defendant's Motion to Dismiss/Reply to Motion to Strike Counterclaim | 8.0 |
|  | Draft CovLet Court | 0.1 |
| 10/17/2007 | Review Defendant's Reply; Declaration& Supp. Decl. of L. Hom; Exhibits/ Resesearch Cites and Analyze Exhibits | 3.5 |
| 10/17/2007 | Plaintiff's Reply to Def Opp re Plaintiff's Motion to Dismiss Counterclaim | 3.5 |
| 10/17/2007 | R&R multiple ECF bounces by JW filings | 0.2 |
| 10/18/2007 | Phones client | 0.5 |
| 11/8/2007 | Phones client requesting update | 0.3 |
| 12/20/2007 | Phone client requesting possible settlement before holidays | 0.3 |
|  | Phones JW requesting settlement disc (no resp) | 0.1 |
| 1/29/2008 | R&R D Letter (improperly captioned Moore v DCS) wrong case/call MK rectify | 0.3 |
| 3/22/2008 | E-corr client request call | 0.1 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
|  | Phones client in re status | 0.4 |
| 5/7/2008 | E-corr client in re status update | 0.2 |
| 6/23/2008 | Phones cleint in re status | 0.4 |
| 7/21/2008 | Phones client status concerned about progress/settlement options | 0.7 |
|  | Phones JW in re status/settlement/intet to proceed with discovery while motions pending before J. Vitaliano | 0.6 |
| 7/22/2008 | Prepare and Draft Plaintiff's Combined Discovery Demands to Defendant | 3.0 |
| 7/23/2008 | Phones JW in re Disc (rejecting discovery) | 0.6 |
| 8/4/2008 | Phones JW in re Discovery Outstanding | 0.4 |
| 8/5/2008 | Review Defendant's Letter Motion to Stay Discovery | 0.7 |
| 8/5/2008 | Research Support and Prepare Plaintiff's Opposition to Defendant's Motion to Stay Discovery | 1.5 |
| 8/5/2008 | Review Defendant's Letter Brief | 0.8 |
| 8/6/2008 | Review Court Order re Motion to Stay (deferred ruling) & status conference | 0.1 |
|  | Phones cleint in re status | 0.4 |
| 8/11/2008 | Review Defendant's Motion to Adjourn Conference | 0.2 |
|  | Phones JW in re conference adjourn/sched | 0.4 |
| 8/12/2008 | Review Court Order re Motion to Adjourn Conference | 0.1 |
|  | Phones JW | 0.1 |
|  | E-corr JW in re Conf | 0.1 |
|  | Phones client status | 0.1 |
| 9/3/2008 | Phones JW in re settlement attempts- requests specific damages and fees | 0.7 |
| 9/7/2008 | Phones client in re Conf/Damages Assessment | 0.8 |
|  | Phones JW | 0.1 |
|  | R&R e-corr client | 0.1 |
| 9/10/2008 | CT Conference in re Motion to Stay Disc (Ds motion denied) | 2.0 |
|  | Mt w cleint at CT | 0.5 |
|  | Conversation with JW outside Court. (JW attempted to have direct contact with client and intimidate her. Gave warning of sanctions. | 0.6 |
|  | R&R Ct order in re sched | 0.2 |
| 9/13/2008 | Phones to JW re attempt at settlement negotiations- request breakdown of damages and legal fees in writing | 0.2 |
| 9/16/2008 | Phones JW in re settlement attempts - no resp | 0.1 |
|  | Phones client | 0.4 |
| 9/17/2008 | E-corr JW breakdown damages/costs in re good faith attempt to settle | 0.5 |
| 9/17/2008 | R&R e-corr response from JW- conveyed offer to client | 0.1 |
| 10/1/2008 | Conversation M Kuntz (MK) D new attorney on case requests additional time for discovery resp. Not authorized to discuss settlement, needs to check with JW. | 0.5 |
| 10/6/2008 | R&R D repsonses to P Requst for Admissions | 1.0 |
|  | Phones JW/MK | 0.1 |
| 10/10/2008 | R&R D responses to Prod Docs/Interogg/Docs | 2.5 |
|  | Phones MK in re non-responsive disc | 0.3 |
| 10/13/2008 | R&R e-corr MK | 0.1 |
|  | R&R D Depo Notice | 0.2 |
|  | Phones JW/MK in re non-responsive Discovery | 0.1 |
|  | Phones client in re depo and sched | 0.4 |
| 10/21/2008 | R&R e-corr Arthur Winston (AW) request phone conf | 0.1 |
|  | Phones AW in re outstanding Discovery/taking over for JW/says he will talk to Jay | 0.8 |
|  | Phones client update discuss stl | 0.4 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
| 11/20/2008 | Phones JW/AW/MK in re outstanding disc- no response AW requested discovery disputes in writing | 0.2 |
| 11/25/2008 | Review D Disc/Prepare and Draft letter in re Outstanding Discovery items/fwd e-corr JW | 3.5 |
| | R&R e-corr JW (threats) | 0.1 |
| | E-corr JW in response to threats | 0.1 |
| | Phones JW no resp | 0.1 |
| 12/3/2008 | R&R e-corr AW -disc responses by Friday- further threats | 0.2 |
| | Phones AW in re JW threats | 0.5 |
| 12/5/2008 | Phones AW in re repsonses to Discovery not received | 0.2 |
| 12/9/2008 | R&R e-corr MK in re responses to disc | 0.1 |
| | R&R Letter AW in re responses to disc | 0.2 |
| | Phones AW attmpt to confer in re disc- items remianing | 0.1 |
| 12/10/2008 | R&R ECF in re telephone conf | 0.1 |
| | Draft Letter to J. Pohorelsky in re sched error and apologizing | 0.2 |
| | Phones D in re conf and reset/discuss outstanding disc | 0.6 |
| | Review J. Pohorelsky Indiv Rules in re Disc Motions | 0.5 |
| | Review and Revise Discovery Letter req Pre-motion conference and file with J. Pohorelsky | 1.3 |
| 12/12/2008 | R&R ECF Ct Schedule and Disc Order | 0.2 |
| 12/17/2012 | File Docs as per Ct Order | 0.5 |
| | R&R e-corr cleint | 0.1 |
| | R&R D response to request for outstanding discovery | 1.5 |
| 12/23/2008 | R&R Court Order in re Doc Production | 0.6 |
| | Phones AW/MK | 0.1 |
| | Phones client status | 0.3 |
| 12/24/2008 | Phones AW | 0.1 |
| | E-corr JW/AW/MK requesting consent to extend | 0.1 |
| 12/26/2008 | R&R Def First set fo Doc Request and Interoggs | 2.5 |
| | Phones cleint in re status disc/depo | 0.4 |
| 12/29/2008 | R&R response from JW in re will not consent to extend | 0.2 |
| 1/5/2009 | R&R Court Order in re Disclosures/P Depo | 0.2 |
| 1/6/2009 | E-corr JW/AW/MK request tel app and conf in re depo sched-reply JW | 0.2 |
| 1/7/2009 | Phone conf R.Leino of counsel in re depo review file/ phones Client in re Depo prep and review discovery log | 6.5 |
| | Phones MK in re depo | 0.3 |
| | E-corr MK in re depo sched | 0.2 |
| 1/8/2009 | Discussions with RL and Client in re Deposition of Plaintiff (R.Leino 11am-4pm 387 app fee) | 3.0 |
| | Production Disclosures/Docs File ECF a/p Ct Order | 1.3 |
| 1/12/2009 | R&R D Doc Prod Lola Decl 80pg (from Saturday) | 1.5 |
| | R&R e-corr MK in re faxing doc production ( from Saturday) | 0.1 |
| 1/13/2009 | Phones JW/MK fax not received | 0.2 |
| | Draft e-corr JW/MK/AW request resend docs by PDF or mail/Request D depo dates | 0.2 |
| | R&R e-corr JW | 0.1 |
| 1/14/2009 | R&R e-corr MK in re docs | 0.1 |
| | R&R D doc production/fdcpa manual/training materials/records | 3.0 |
| | R&R ECF bounce in re D doc prod | 0.1 |
| 1/19/2009 | R&R e-corr MK in re JW letter | 0.1 |
| | R&R letter JW in re disc | 0.1 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
|  | Phones MK in re D depo sched | 0.3 |
| 1/20/2009 | Prepare and Serve Deposition Notice | 0.5 |
|  | Phones MK in re depo sched | 0.1 |
| 1/26/2009 | Phones D in re depo | 0.1 |
| 1/27/2009 | Phones D in re depo | 0.1 |
| 1/29/2009 | Phones D in re depo | 0.2 |
|  | Draft Letter Motion to Compel D depo | 0.6 |
| 1/30/2009 | R&R Ct Sched Order | 0.1 |
| 1/31/2009 | R&R e-corr JW in re Plaintiff's discovery responses/no resp as to D depo | 0.1 |
|  | Phones JW/MK | 0.2 |
| 2/6/2009 | R&R D JW response to motion to compel depo and request for docs | 0.5 |
| 2/9/2009 | R&R Court Order in re Hearing Sched/Revised | 0.2 |
|  | Draft e-corr to Jwinston in re unscrupolous conduct and misreps to Court- notice for sanctions R11 |  |
|  | R&R e-corr JW demands case be dismissed | 0.1 |
| 2/10/2009 | e-corr JW/AW/MK requesting consent to resched conf due to conflict | 0.1 |
|  | R&R response JW - no consent | 0.1 |
|  | Prepare Revised Responses to Defendants Discovery Request for Docs and Interoggs | 3.3 |
| 2/13/2009 | In- Court Hearing in re Discovery J. Pohorelsky | 2.4 |
|  | Discussion with D counsel at CT | 0.6 |
|  | E-corr JW/AW in re conference follow up request to consent to mag j | 0.2 |
|  | Phones client update status | 0.6 |
| 2/18/2009 | R&R Court Order in re Discovery | 0.2 |
| 2/19/2009 | R&R e-corr JW in re decline consent to mag/ "cleint wants case dismissed" | 0.2 |
|  | Prepare and Draft revised Rule 30b notice | 1.0 |
|  | Phones cleint in re stl- D will not stl | 0.4 |
| 2/25/2009 | Phones JW in re D depo sched | 0.1 |
|  | E-corr JW in re D depo sched/reply | 0.3 |
| 2/26/2009 | E-corr JW in re depo sched/reply/JW threatens motion | 0.3 |
| 3/3/2009 | E-corr MK/JW requesting conf to sched D depo | 0.1 |
| 3/4/2009 | R&R D Letter in re Outstanding Disc | 0.6 |
| 3/6/2009 | R&R D motion for Protective Order Limit/Waive Depo and various Exhbts | 3.0 |
|  | Phones JW | 0.1 |
| 3/9/2009 | Research/Prepare and Draft Opp to D motion to waive depo | 2.5 |
| 3/16/2009 | R&R Court Orders in re Discovery/Protective Order | 0.6 |
|  | Review docs for D depo | 2.0 |
| 3/17/2009 | Depostion of Defendant Corp Rep Dennis Christie | 7.0 |
| 3/18/2009 | Review notes and prepare list of doc requests pursuant to D depo | 1.0 |
|  | Phones AW in re doc requests re Christie depo | 0.4 |
| 3/30/2009 | R&R e-corr MK in re Disc | 0.1 |
|  | R&R Letter JW in re Disc | 0.2 |
| 4/2/2009 | R&R Supp Doc Production from De/ MK | 0.2 |
|  | Phones MK/AW | 0.4 |
|  | Telephonic CT conf | 0.4 |
| 4/2/2009 | R&R ECF bounce | 0.1 |
| 4/6/2009 | Draft Letter in response to D letter in re outstandind disc | 0.8 |
|  | Prepare/fwd supplemental itemized doc production/disc responses to D | 4.5 |
| 4/13/2009 | R&R e-corr MK | 0.1 |
|  | R&R Letter AW in re responses to disc | 0.2 |
|  | Review Docs in re Letter AW and examine discrepancies | 0.9 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
| 4/17/2009 | R&R e-corr MK/reply in re disc and D threats for motion requesting additional disc | 0.2 |
|  | Phones MK in re disc/explain that all items have been satisfied | 0.3 |
|  | R&R e-corr in re requesting additional time to file motion | 0.1 |
|  | R&R D motion for extension of time to file disc motion and review P disc | 0.2 |
| 4/20/2009 | R&R ECF Order | 0.1 |
| 4/21/2009 | R&R Depo Transcripts D | 2.0 |
| 4/29/2012 | E-corr MK in re status | 0.1 |
|  | R&R e-corr and reply | 0.2 |
| 5/4/2009 | R&R ECF entry in re D requesting premotion conf Rule 56 mot | 0.1 |
|  | R&R Letter D in re Premotion 56 conf | 0.3 |
|  | Phones MK/AW in re JW requesting a Rule 56 mot while 12b6 motion is pending | 0.3 |
| 5/18/2009 | E-corr/Phones client update | 0.6 |
|  | Phones MK/AW attempt to reason with JW | 0.3 |
| 5/20/2009 | Tel Conf CT | 0.4 |
|  | Phones client | 0.3 |
|  | Phones AW in re possibilites of settlement | 0.3 |
|  | R&R e-corr MK | 0.1 |
| 6/2/2009 | Phones AW in re stl/follow up with | 0.3 |
| 6/18/2009 | Draft e_corr to AW in re unscrupulous litigation tactics/misrepresentations and failing to provide docs re Christie depo |  |
| 6/19/2009 | R&R MK taking blame for Winston failures/says he will produce items by Monday/reply | 0.3 |
| 6/22/2009 | R&R e-corr MK in re supplemental doc production | 0.1 |
|  | R&R docs | 2.0 |
|  | Phones/E-corr MK in re incomplete production/Christie perj statements | 0.3 |
|  | R&R e-corr MK will check with client | 0.1 |
|  | E-corr/Phones client update | 0.3 |
| 6/23/2009 | R&R e-corr MK in re supplements doc prod | 0.4 |
| 6/24/2009 | Phones client in re settlement/trial necessary D will not agree to settlement | 0.4 |
|  | R&R Order/Conf Transcripts per JV Order | 0.7 |
| 6/29/2009 | R&R Order in re Motion Dismiss | 0.7 |
| 6/30/2009 | Phones client in re status motion | 0.6 |
|  | Consult/research in re motion for reconsideration/amendment issues | 5.3 |
| 7/3/2009 | Prepare and Draft Letter Motion request Leave to Amend | 1.8 |
| 7/7/2009 | R&R E-corr MK in re D offer to Settle | 0.1 |
|  | R&R Letter AW in re D Offer to Settle (3K take it or leave it basis) | 0.1 |
|  | E-corr/Phones client | 0.4 |
| 7/10/2009 | E-corr client in re stl/Court conf | 0.2 |
|  | R&R D Opp to Leave to Amend | 2.0 |
| 7/14/2009 | CT Conference J. Vitaliano/Status Conf J. Pohorelsky | 2.5 |
|  | Discussions Counsel | 0.5 |
|  | Meeting w/ client | 1.0 |
| 7/27/2009 | Phones JW | 0.3 |
|  | R&R Letter JW in re Motion | 0.3 |
|  | R&R Ct order in re sched | 0.2 |
|  | R&R D.Christie errata depo notes/transcripts | 1.8 |
|  | Research in re overshadow/offers to settle 1692 analysis/case flow chart | 4.0 |
| 8/4/2009 | Prepare/Draft/Serve Motion to Amend | 3.0 |
| 8/7/2009 | R&R D Opp leave to Amend | 1.3 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
| 9/15/2009 | E-corr client | 0.1 |
| 9/24/2009 | E-corr/Phones client in re status | 0.5 |
| 1/4/2010 | R&R Ct Order | 0.5 |
| | Phones client | 0.4 |
| 2/1/2010 | R&R ECF Ct Order in re status conf | 0.1 |
| | Phones cleint | 0.3 |
| | Phones MK/JW/AW | 0.1 |
| 2/16/2010 | Phones MK/AW | 0.3 |
| 2/17/2010 | Tel. Conf J. Pohoreslky | 0.4 |
| | Phones MK/AW in re stl/msj | 0.4 |
| | Phones client | 0.3 |
| 3/8/2010 | R&R D Motion for Premotion Conf | 0.2 |
| | Phones JW/MK | 0.1 |
| 3/10/2010 | R&R Ct Order in re msj sched | 0.1 |
| 3/13/2010 | Phones MK/JW in re msj sched- attmpt stl | 0.4 |
| | R&R JW proposes sched | 0.1 |
| 3/15/2010 | R&R ECF order in re sched msj | 0.1 |
| 3/24/2010 | E-corr MK/JW/AW in re sched | 0.2 |
| 3/25/2010 | Phones JW/MK requesting time consent extend sched | 0.3 |
| | E-corr MK in re sched ext | 0.2 |
| | Draft letter request ext time | 0.2 |
| | R&R CT Order in re time ext sched | 0.1 |
| 5/8/2010 | R&R D MSJ/Ex | 3.5 |
| 5/12/2010 | E-corr/Phones cleint update status | 0.6 |
| 6/4/2010 | Research/Prepare and Draft Opp TO MSJ/Affidavits/Exhibits | 18.0 |
| 7/1/2010 | R&R Reply to MSJ | 1.0 |
| 7/1/2010 | Periodic updates to and status requests from client through 1/19/2012 including argument with cleint requesting that she will fire me and obtain new cousnel since it has been so long and we have no resolution | 7.0 |
| 1/19/2012 | R&R Ct Order in re msj | 1.0 |
| 1/23/2012 | E-corr MK/JW/AW/AP in re pretrial conf | 0.3 |
| | Phones AP (new attorney) | 0.8 |
| | R&R ECF in re tel conf | 0.1 |
| 2/2/2012 | R&R E-corr from Sheila Chun from Winston and Winston in re Moore v Alliance One? Error/reply correction/Advise new cousnel Hinshaw Culbertson | 0.3 |
| | R&R E-corr AP/reply | 0.2 |
| | Review caselaw and evidence in file for Rule 11 motion and 1927 sanctions against Winston | 3.5 |
| 2/3/2012 | R&R Notice of Appearance Connie Montoya via ECF/Consent to change | 0.2 |
| | Phones CM | 0.1 |
| 2/7/2012 | E-corr CM | 0.1 |
| | Phones CM in re status and conf/stl | 0.6 |
| 2/10/2012 | Phones CM in re conf appear in CT | 0.4 |
| | Phone CT error with calling system | 0.5 |
| | Phone Conf J. Pohoreslky | 0.4 |
| | Phones CM | 0.3 |
| 2/21/2012 | Telephone Conf CT | 0.6 |
| | R&R OOJ | 0.3 |
| | Phones client | 0.5 |
| 3/9/2012 | R&R E-corr and reply CM regardingt fees and costs negotiation | 0.2 |

| DATE | NOTE / RECORD | TIME |
|---|---|---|
| 3/12/2012 | E-corr corr CM regarding fees negotiation. Provided all records/billings/receipts and itemization of costs and demand/authorized to settle entire matter for 71K | 0.4 |
| 3/15/2012 | R&R e-corr CM offers 20K in fees and costs. | 0.1 |
| 3/19/2012 | E-corr exchange with CM in re fees and costs settlement/agree to reduce demand to 58K in fees if we can avoid motion practice and have prompt pymt | 0.1 |
| 3/20/2012 | D offers 25k final. Requests motion papers. | 0.1 |
| 3/28/2012 | Prepare motion for Attorneys Fees/exhibits and docs | 4.5 |
|  |  |  |
|  | **TOTAL:** | 256.4 |